ACCEPTED
05-15-00158-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
2/14/2015 5:45:54 AM
LISA MATZ
CLERK

| | |
|---|---|
| Appellate Docket Number: | 05-15-00158-CR |
| Appellate Case Style: Style: | Fernando Munoz |
| Vs. | State of Texas |
| Companion Case: | |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
2/14/2015 5:45:54 AM
LISA MATZ
Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court:  5th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under  TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name:  Fernando | ☒ Lead Attorney |
| Middle Name: | First Name:  MICHAEL |
| Last Name:  Munoz | Middle Name: |
| Suffix: | Last Name:  MOWLA |
| Appellant Incarcerated?  ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed ☐ Retained ☐ District Attorney ☐ Public Defender |
| Pro Se:  ◯ | Firm Name:  MICHAEL MOWLA, PLLC |
| | Address 1:  445 E. FM 1382 #3-718 |
| | Address 2: |
| | City:  CEDAR HILL |
| | State:  Texas   Zip+4:  75104 |
| | Telephone:  972-795-2401   ext. |
| | Fax:  972-692-6636 |
| | Email:  michael@mowlalaw.com |
| | SBN:  24048680 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|

**III. Appellee**

First Name: STATE OF TEXAS

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated?  ☒ Yes ☐ No

Amount of Bond:

Pro Se: ○

**IV. Appellee Attorney(s)**

☒ Lead Attorney

First Name: Lisa

Middle Name:

Last Name: Smith

Suffix:

☐ Appointed ☐ Retained ☒ District Attorney ☐ Public Defender

Firm Name: Dallas County District Attorney

Address 1: 133 N. Riverfront Blvd, LB 19

Address 2:

City: DALLAS

State: Texas      Zip+4: 75207-43

Telephone: (214) 653-3625      ext.

Fax: (214) 653-3643

Email: lisa.smith@dallascounty.org

SBN: 00787131

Add Another Appellee/ Attorney

**V. Perfection Of Appeal, Judgment And Sentencing**

Nature of Case (Subject matter or type of case): Sex Offenses

Type of Judgment: Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: November 20, 2014

Offense charged: Aggravated Sexual Assault - 22.021

Date of offense: October 17, 2010      **See Attached**

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes ☐ No      **See Attached**

Was the trial by:  ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: December 2, 2014

If mailed to the trial court clerk, also give the date mailed :

**See Attached**

Punishment assessed: 90 Years - TDCJ

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

**VI. Actions Extending Time To Perfect Appeal**

Motion for New Trial: ☒ Yes ☐ No      If yes, date filed: December 2, 2014      **See Attached**

Motion in Arrest of Judgment: ☐ Yes ☒ No      If yes, date filed:

Other: ☐ Yes ☐ No      If yes, date filed:

If other, please specify:

**VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)**

Motion and affidavit filed: ☒ Yes ☐ No ☐ NA      If yes, date filed: November 24, 2014

Date of hearing:      ☐ NA      **See Attached**

Date of order:      ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA      If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: 194th Judicial District Court

County: DALLAS

Trial Court Docket Number (Cause no): F14-00579

Trial Court Judge (who tried or disposed of the case):

First Name: Ernest

Middle Name:

Last Name: White

Suffix: II.

Address 1: 133 N. Riverside Blvd

Address 2:

City: DALLAS

State: Texas        Zip + 4: 75207

Telephone: (214) 653-5802    ext.

Fax: (214) 875-2487

Email: lawrence.stokes@dallascounty.org

Clerk's Record:

Trial Court Clerk: ☒ District  ☐ County

Was clerk's record requested? ☒ Yes  ☐ No

If yes, date requested: Dec 2, 2014

If no, date it will be requested:

Were payment arrangements made with clerk? ☒ Yes  ☐ No

**See Attached**

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes  ☐ No

Was reporter's record requested? ☒ Yes  ☐ No

Was the reporter's record electronically recorded? ☐ Yes  ☒ No

If yes, date requested: Dec 2, 2014        **See Attached**

Were payment arrangements made with the court reporter/court recorder? ☒ Yes  ☐ No

---

☒ Court Reporter        ☐ Court Recorder
☒ Official              ☐ Substitute

First Name: Belinda

Middle Name:

Last Name: Baraka

Suffix:

Address 1: 133 N. Riverside Blvd

Address 2:

City: DALLAS

State: Texas        Zip + 4: 75207

Telephone: 214-653-5803    ext.

Fax: (214) 875-2487

Email: BELINDA.BARAKA@dallascounty.org

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: [                ]                          Court: [                    ]

Style: [                                    ]

Vs. [                ]

## X. Signature

Signature of counsel (or Pro Se Party)                          Date: February 14, 2015

State Bar No: 24048680

Printed Name:

Electronic Signature: /s/ MICHAEL MOWLA                          Name: MICHAEL MOWLA
  (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on February 14, 2015 .

Signature of counsel (or pro se party)          Electronic Signature: MICHAEL MOWLA
                                                          (Optional)

                                                State Bar No.: 24048680

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and address of each person served, and
(3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: February 14, 2015

Manner Served: Email

First Name: Lisa

Middle Name:

Last Name: Smith

Suffix:

Law Firm Name: Dallas County District Attorney

Address 1: 133 N. Riverfront Blvd, LB 19

Address 2:

City: DALLAS

State Texas          Zip+4: 75207

Email: lisa.smith@dallascounty.org



CASE NO. F-1400579-M
INCIDENT NO./TRN: 9176241092

| THE STATE OF TEXAS | § | IN THE 194th JUDICIAL DISTRICT |
| | § | |
| v. | § | COURT |
| | § | |
| FERNANDO MUNOZ | § | DALLAS COUNTY, TEXAS |
| | § | |
| STATE ID NO.: TX08731216 | § | |

# JUDGMENT OF CONVICTION BY JURY

| Judge Presiding: | HON. **Ernest White** | Date Judgment Entered: | **11/20/2014** |
| Attorney for State: | **Amy Derrick** | Attorney for Defendant: | **Brooke Busby** |

Offense for which Defendant Convicted:
**AGGRAVATED SEXUAL CONTACT FEAR/THREAT**

| Charging Instrument: | Statute for Offense: |
| **INDICTMENT** | **22.021 Penal Code** |

Date of Offense:
**10/17/2010**

| Degree of Offense: | Plea to Offense: |
| **1ST DEGREE FELONY** | **NOT GUILTY** |

| Verdict of Jury: | Findings on Deadly Weapon: |
| **GUILTY** | **N/A** |

| Plea to 1st Enhancement Paragraph: | **N/A** | Plea to 2nd Enhancement/Habitual Paragraph: | **N/A** |
| Findings on 1st Enhancement Paragraph: | **N/A** | Findings on 2nd Enhancement/Habitual Paragraph: | **N/A** |

| Punishment Assessed by: | Date Sentence Imposed: | Date Sentence to Commence: |
| **JURY** | **11/20/2014** | **11/20/2014** |

| Punishment and Place of Confinement: | **90 YEARS INSTITUTIONAL DIVISION, TDCJ** |

THIS SENTENCE SHALL RUN **CONCURRENTLY.**

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **N/A** .

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
| **$ N/A** | **$ 519.00** | **$ N/A** | (see below) ☐ AGENCY/AGENT ☐ VICTIM |

☐ Attachment A, Order to Withdraw Funds, is incorporated into this judgment and made a part hereof.

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62.

The age of the victim at the time of the offense was **N/A** .

| Time Credited: | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. From **3/2/2013** to **11/20/2014**   From   to   From   to   From   to   From   to   From   to If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. **N/A DAYS   NOTES: N/A** |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Dallas County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**
☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.



It appeared to the Court that Defendant was mentally competent and had pleaded as shown above to the charging instrument. Both parties announced ready for trial. A jury was selected, impaneled, and sworn. The INDICTMENT was read to the jury, and Defendant entered a plea to the charged offense. The Court received the plea and entered it of record.

The jury heard the evidence submitted and argument of counsel. The Court charged the jury as to its duty to determine the guilt or innocence of Defendant, and the jury retired to consider the evidence. Upon returning to open court, the jury delivered its verdict in the presence of Defendant and defense counsel, if any.

The Court received the verdict and ORDERED it entered upon the minutes of the Court.

### Punishment Assessed by Jury / Court / No election  (select one)

☒ **Jury**. Defendant entered a plea and filed a written election to have the jury assess punishment. The jury heard evidence relative to the question of punishment. The Court charged the jury and it retired to consider the question of punishment. After due deliberation, the jury was brought into Court, and, in open court, it returned its verdict as indicated above.

☐ **Court**. Defendant elected to have the Court assess punishment. After hearing evidence relative to the question of punishment, the Court assessed Defendant's punishment as indicated above.

☐ **No Election**. Defendant did not file a written election as to whether the judge or jury should assess punishment. After hearing evidence relative to the question of punishment, the Court assessed Defendant's punishment as indicated above.

The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options  (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ.** The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Dallas County District Clerk Felony Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of Dallas County, Texas on the date the sentence is to commence. Defendant shall be confined in the Dallas County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the Dallas County District Clerk Felony Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the Dallas County District Clerk Felony Collections Department. Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

### Execution / Suspension of Sentence  (select one)

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

### Furthermore, the following special findings or orders apply:

**Signed and entered on November 24, 2014**

X _____
Ernest White
JUDGE PRESIDING

Clerk: DALVAREZ

*Thumbprint Certification attached.

Right Thumbprint*

# JUDGMENT
## CERTIFICATE OF THUMBPRINT

**THE STATE OF TEXAS**

CAUSE NO. F 14-00579.M

**VS.**

DISTRICT COURT ____

Fernando Munoz

DALLAS COUNTY, TEXAS

**RIGHT THUMB**

DEFENDANT'S ___RT___ HAND

**THIS IS TO CERTIFY THAT THE FINGERPRINTS ABOVE ARE THE ABOVE-NAMED DEFENDANT'S FINGERPRINTS TAKEN AT THE TIME OF DISPOSITION OF THE ABOVE STYLED AND NUMBERED CAUSE.**

DONE IN COURT THIS 25 DAY OF _November_, 20 14 .

_____
**BAILIFF/DEPUTY SHERIFF**

\*INDICATE HERE IF PRINT OTHER THAN DEFENDANT'S RIGHT THUMBPRINT IS PLACED IN BOX:

_____ LEFT THUMBPRINT               _____ LEFT/RIGHT INDEX FINGER

_____ OTHER, _____

SIGNED AND ENTERED ON THIS 25 DAY OF _November_, 2014 .

_____
**PRESIDING JUDGE**

Cause No. F14-00579M

THE STATE OF TEXAS                    §        IN THE 194TH
VS.                                   §        DISTRICT COURT
FERNANDO MUNUZ                        §        DALLAS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☒ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal, [or]

☐ other (please specify): _____

_____                    12/2/14
Judge                                         Date Signed

        I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____                    _____
Defendant (if not represented by counsel)    Defendant's Counsel
Mailing Address:                             State Bar No.: 24048630
                                             Mailing Address:
Telephone #:                                 Telephone #: 972-775-2401
Fax # (if any):                              Fax # (if any):

* A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case- --- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).



Loc. West Tower 3P 3rd Floor Control Center 03P 05  Bookin Number: 13014274   Audit Number: 201461256

## APPOINTMENT OF COUNSEL FOR INDIGENT DEFENDANT

The State of Texas

Vs.

**MUNOZ FERNANDO**

194th Judicial District Court (FM)

District Court

Dallas County, Texas

| Cause No.: | Offense | LD |
|---|---|---|
| f1400577m | BURG HAB SEX ASS | F1 |

It appearing that the defendant has executed a sworn statement certifying that he/she is without means to employ counsel and requesting appointment of counsel; the Court finds that the defendant is indigent and hereby appoints:  The Attorney: MICHAEL MOWLA

Phone: 972-795-2401          Alt. Phone: 972/795-2401

Email: MICHAEL@MOWLALAW.COM

Address: 445 E. FM 1382 #3-718,   CEDAR HILL, TX 75104

A practicing attorney of the State to represent the defendant in said case(s).

Signed this 24th day of November, 2014

JUDGE

Ernest White

IndigentAppointmentPD

## NO. F14-00579

| STATE OF TEXAS | § | IN THE 194th JUDICIAL |
|---|---|---|
| | § | |
| vs. | § | DISTRICT COURT |
| | § | |
| FERNANDO MUNOZ | § | DALLAS COUNTY, TEXAS |

FILED 2014 DEC -2 AM 11:26 DISTRICT CLERK DALLAS CO. TEXAS DEPUTY

### NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Defendant Fernando Munoz gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence rendered in this case against Defendant in this case.

Respectfully submitted,

Michael Mowla
445 E. FM 1382 #3-718
Cedar Hill, TX 75104
Tel: (972) 795-2401
Fax: (972) 692-6636
Email: michael@mowlalaw.com

**/s/ Michael Mowla**

By:_____
    Michael Mowla
    State Bar No. 24048680
    Attorney for Defendant

Page 1 of 2

## Certificate of Service

This is to certify that on November 28, 2014 a true and correct copy of this document was served on Michael Casillas and Lisa Smith of the Dallas County District Attorney, Appellate Division, 133 N. Riverfront Blvd., LB 19, Dallas, Texas 75207-4399, phone (214) 653-3600, fax (214) 653-3643, by email to michael.casillas@dallascounty.org and to LBSmith@dallascounty.org.

/s/ **Michael Mowla**

Michael Mowla

NO. F14-00579

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE 194th JUDICIAL |
| | § | |
| vs. | § | DISTRICT COURT |
| | § | |
| FERNANDO MUNOZ | § | DALLAS COUNTY, TEXAS |

## MOTION FOR NEW TRIAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Under Texas Rules of Appellate Procedure 21 and 22, Defendant Fernando Munoz files this Motion for New Trial:

1. Defendant was sentenced on November 24, 2014. This Motion for New Trial, filed within the thirty-day timetable following sentencing is therefore timely. A hearing must be commenced before the 75th day after sentencing, or this motion is overruled by operation of law.

2. The verdict in this cause is contrary to the law and the evidence. *See* Tex. Rule App. Proc. 21.3.

3. The trial court has the discretion to grant a new trial in the interests of justice, as courts have emphasized in *Mullins v. State*, 37 Tex. 337, 339-340 (1873) and *State v. Gonzalez*, 855 S.W.2d 692 (Tex. Crim. App. 1993).

4. For the foregoing reasons, and for such other reasons that may arise on the hearing of this Motion, Defendant requests a new trial.

Defendant prays that the Court set aside the judgment of conviction entered in this cause and order a new trial on the merits.

Respectfully submitted,

Page 1 of 3

Michael Mowla
445 E. FM 1382 #3-718
Cedar Hill, TX 75104
Tel: (972) 795-2401
Fax: (972) 692-6636
Email: michael@mowlalaw.com

/S/ Michael Mowla

By:_____

Michael Mowla
State Bar No. 24048680
Attorney for Defendant

## Certificate of Presentment

I certify that a true and correct copy of this document will be hand-delivered to the court

through the Clerk on the same day this document is received by the clerk.

/s/ Michael Mowla

_____

Michael Mowla

## Certificate of Service

This certifies that on November 28, 2014, a true and correct copy of this document was served on Michael Casillas of the Dallas County District Attorney, Appellate Division, 133 N. Riverfront Blvd., LB 19, Dallas, Texas 75207-4399, phone (214) 653-3600, fax (214) 653-3643, by email to michael.casillas@dallascounty.org and to LBSmith@dallascounty.org.

/s/ Michael Mowla

_____

Michael Mowla

## Order for a Setting on this Motion

On _____, _____, the Defendant filed a Motion for

New Trial.   The Court finds that the party is entitled to a hearing on this matter, and it is

THEREFORE ORDERED that a hearing on this motion is set for _____.

Signed on _____.


_____
JUDGE PRESIDING

| STATE OF TEXAS | § | IN THE 194th JUDICIAL |
| | § | |
| vs. | § | DISTRICT COURT |
| | § | |
| FERNANDO MUNOZ | § | DALLAS COUNTY, TEXAS |

## REQUEST FOR PREPARATION OF REPORTER'S RECORD
## AND DESIGNATION OF MATTERS TO BE INCLUDED

**TO THE CLERK AND COURT REPORTER OF SAID COURT:**

Defendant Fernando Munoz requests the court reporter or reporters who made the record in this cause to prepare a reporter's record, and that the testimony included in the reporter's record be in question and answer form. The dates of the hearings and trials in this case include all pretrial hearings, voir dire, the final trial on the merits, and the punishment hearing.

Defendant designates that the following matters be included in the reporter's record:

1. Testimony of all witnesses, heard in and outside the jury's presence, including questions and objections of counsel and the ruling and remarks of the Court made on such testimony;

2. Voir dire of jury venire, including objections of counsel and the ruling and remarks of the Court made on such voir dire and objections;

3. Arguments and opening and closing statements of counsel, including objections of counsel and the ruling and remarks of the Court made on such arguments and objections;

4. All matters heard outside the presence of the jury, including pretrial, trial and posttrial hearings, charge conferences and bench conferences, objections, rulings, and remarks of

the Court made on such matters;

5.      All bills of exception and testimony thereon, including objections of counsel, and the ruling and remarks of the Court made on such bills of exception and objections;

6.      Testimony taken during sentencing proceedings, including arguments and objections of counsel, and the ruling and remarks of the Court made on such testimony and arguments;

7.      Testimony taken during motion for new trial proceedings, including arguments and objections of counsel, and the ruling and remarks of the Court made on such testimony and arguments; and

8.      All exhibits offered or introduced into evidence.

9.      All exhibits offered or introduced for record purposes only.

Defendant prays that this Court grant this request, and order preparation of the reporter's record in this case.

Respectfully submitted,

Michael Mowla
445 E. F.M. 1382 #3-718
Cedar Hill, TX 75104
Tel: (972) 795-2401
Fax: (972) 692-6636
Email: michael@mowlalaw.com

/s/ Michael Mowla

By:_____
        Michael Mowla
        State Bar No. 24048680
        Attorney for Defendant

## Certificate of Service

This certifies that on December 18, 2014, a true and correct copy of this document was served on Michael Casillas and Lisa Smith of the Dallas County District Attorney, Appellate Division, 133 N. Riverfront Blvd., LB 19, Dallas, Texas 75207-4399, phone (214) 653-3600, fax (214) 653-3643, by email to michael.casillas@dallascounty.org and to LBSmith@dallascounty.org.

/s/ Michael Mowla

Michael Mowla

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE 194th JUDICIAL |
| | § | |
| vs. | § | DISTRICT COURT |
| | § | |
| FERNANDO MUNOZ | § | DALLAS COUNTY, TEXAS |

## WRITTEN DESIGNATION SPECIFYING
## MATTERS FOR INCLUSION IN CLERK'S RECORD

**TO THE CLERK OF SAID COURT:**

Under Texas Rules of Appellate Procedure 34.5(a)(12) and 34.5(b), Defendant Fernando Munoz designates the following matters to be included in the Clerk's Record:

1. Complaint;

2. Capias;

3. Affidavit of indigency;

4. Correspondence and communication between Court and counsel;

5. Indictment or Information;

6. All motions and pleadings filed by the state or the defendant and not otherwise required to be included under Texas Rules of Appellate Procedure 34.5(a);

7. All orders issued by Court and not otherwise required to be included under Texas Rules of Appellate Procedure 34.5(a);

8. Jury panel lists;

9. Jury strike lists of the state, the defendant and the Court;

10. Juror information forms;

11. All verdict forms submitted to the jury;

12. Judgment of Conviction, Order Granting Probation, or Order Granting Deferred Adjudication;

13. Sentence;

14. Commitment;

15. Motion for New Trial;

16. Motion in Arrest of Judgment;

17. Communications between Court and jury;

18. Any orders pertaining to Continuing Jurisdiction Community Supervision (shock probation);

19. Objections to Court's Charge and Special Requested Jury Instructions, and rulings by the Court;

20. Rulings of the Court on all written bills of exception;

21. All exhibits admitted into evidence;

22. All defense exhibits offered into evidence but not received in evidence;

23. All other documents filed with the clerk;

24. Trial court's certification of the right to an appeal;

25. Designation of the clerk's record;

26. Request for preparation of the reporter's record;

27. All documents from postjudgment or postconviction proceedings; and

28. Those items identified in Texas Rules of Appellate Procedure Rules 34.5(a)(1)

through (11), all other matters required by the Texas Code of Criminal Procedure, or any other law.

Respectfully submitted,

Michael Mowla
445 E. FM 1382 #3-718
Cedar Hill, TX 75104
Tel: (972) 795-2401
Fax: (972) 692-6636
Email: michael@mowlalaw.com

/s/ Michael Mowla

By:_____
Michael Mowla
State Bar No. 24048680
Attorney for Defendant

## Certificate of Service

This certifies that on December 18, 2014, a true and correct copy of this document was served on Michael Casillas and Lisa Smith of the Dallas County District Attorney, Appellate Division, 133 N. Riverfront Blvd., LB 19, Dallas, Texas 75207-4399, phone (214) 653-3600, fax (214) 653-3643, by email to michael.casillas@dallascounty.org and to LBSmith@dallascounty.org.

/s/ Michael Mowla

_____
Michael Mowla